IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------X

MARLENA SONN,

              *Plaintiff*,

v.

KENDALLE P. GETTY, *as Trustee of the Pleiades Trust and as an individual*, KPG INVESTMENTS INC., *as Trustee of the Pleiades Trust*, ALEXANDRA SARAH GETTY, *as Trustee of the Pleiades Trust and as an individual*, ASG INVESTMENTS INC., *as Trustee of the Pleiades Trust*, MINERVA OFFICE MANAGEMENT, INC., and ROBERT L. LEBERMAN,

              *Defendants*.

---------------------------------X

Case No.  1:22-cv-2758-RPK-VMS

**JOINT STIPULATION AND ORDER TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

      WHEREAS, Plaintiff MARLENA SONN commenced this action against Defendants KENDALLE P. GETTY, KPG INVESTMENTS INC., ALEXANDRA SARAH GETTY, ASG INVESTMENTS INC., MINERVA OFFICE MANAGEMENT, INC. and ROBERT L. LEBERMAN, on May 11, 2022, in the U.S. District Court for the Eastern District of New York; and

      WHEREAS, pursuant to 28 U.S.C. § 1404(a), "a district court may transfer any civil action to any other district… where it might have been brought or to any district or division to which all parties have consented"; and

WHEREAS, counsel for all parties to this action have conferred and agreed to transfer this action to the U.S. District Court for the District of Nevada by consent and stipulation of all parties; and

WHEREAS, plaintiff could have opted to bring this action in the U.S. District Court for the District of Nevada because there is no impediment to its exercise of personal jurisdiction over the defendants and because venue in the U.S. District Court for the District of Nevada is proper pursuant to 28 U.S.C.A. § 1391(b)(2);

IT IS HEREBY STIPULATED AND AGREED, that the above-captioned action be, and hereby is, transferred to the United States District Court for the District of Nevada, pursuant to 28 U.S.C. § 1404(a).

Dated: June 2, 2022
New York, NY

POLLOCK COHEN LLP
*Counsel for Plaintiff, Marlena Sonn*

By:  */s/ Agatha M. Cole*
Agatha M. Cole
60 Broad Street, 24th Floor
New York, NY 10004
Tel: (646) 290-8261
Email: acole@pollockcohen.com

PATTERSON BELKNAP WEBB & TYLER LLP
*Counsel for Defendants, Kendalle P. Getty and KPG Investments Inc.*

By:  */s/ Lisa E. Cleary*
Lisa E. Cleary
1133 Avenue of the Americas

New York, NY 10036

Tel: (212) 336-2159

Email: lecleary@pbwt.com

PAUL HASTINGS LLP

*Counsel for Defendants, Alexandra Sarah Getty and ASG Investments Inc.*

By:  /s/ Matthew Aibel

Matthew Aibel

200 Park Avenue

New York, NY 10166

Tel: (212) 318-6000

Email: matthewaibel@paulhastings.com

SLARSKEY LLC

*Counsel for Defendants, Minerva Office Management, Inc., and Robert L. Leberman*

By:  /s/ David Slarskey

David Slarskey

420 Lexington Avenue

Suite 2525

New York, NY  10170

Tel: (212) 658-0661

Email: dslarskey@slarskey.com

SO ORDERED this

\_\_\_\_ day of _____, 2022

_____

The Honorable Judge Rachel P. Kovner

United States District Judge