# PAUL HASTINGS

1(212) 318-6991
matthewaibel@paulhastings.com

June 7, 2022

**VIA ECF**

The Honorable Vera M. Scanlon
United States Magistrate Judge
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201
Courtroom 13A- South Wing


**Re:** *Marlena Sonn v. Kendalle P. Getty, et al,*
<u>Case No. 1:22-cv-2758-RPK-VMS</u>

Dear Judge Scanlon:

We represent Defendants Alexandra Sarah Getty and ASG Investments Inc. in the above-referenced action.  We write on behalf of all defendants, pursuant to the Court's Individual Practices II(b), to respectfully request that Defendants' time to answer, move, or otherwise respond to the Complaint be  adjourned *sine  die* pending the Court's decision on the Parties' stipulated agreement to transfer venue to the District of Nevada.  As Your Honor is aware, on June 3, 2022, Counsel for Plaintiff, Ms. Cole, submitted via email for the Court's approval a stipulation and order transferring venue to the District of Nevada.

There have been no previous requests for any adjournments of this deadline.  Counsel for Plaintiff consents to this adjournment request.  Defendants are requesting the adjournment to conserve both the parties' and judicial resources, as the parties have agreed to transfer venue and begin mediation in the District of Nevada once the transfer is complete.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

<u>/S/ Matthew S. Aibel</u>
Matthew S. Aibel
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
matthewaibel@paulhastings.com
t: (212) 318-6000
f: (212) 230-7767
*Counsel for Alexandra Sarah Getty and ASG Investments Inc.*



CC:

POLLOCK COHEN LLP
Agatha M. Cole
60 Broad Street, 24th Floor
New York, NY 10004
Tel: (646) 290-8261
Email: acole@pollockcohen.com
*Counsel for Plaintiff, Marlena Sonn*

PATTERSON BELKNAP WEBB & TYLER LLP
Lisa E. Cleary
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2159
Email: lecleary@pbwt.com
*Counsel for Defendants, Kendalle P. Getty and KPG Investments Inc.*

SLARSKEY LLC
David Slarskey
420 Lexington Avenue
Suite 2525
New York, NY  10170
Tel: (212) 658-0661
Email: dslarskey@slarskey.com
*Counsel for Defendants, Minerva Office Management, Inc., and Robert L. Leberman*